UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HERNAN JOSE M. M., | Case No. 26-cv-481 (LMP/DTS) |
| Petitioner, | |
| v. | ORDER |
| DAVID EASTERWOOD, *Field Office Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement*; KRISTI NOEM, *Secretary of the U.S. Department of Homeland Security*; TODD LYONS, *Acting Director of U.S. Immigration and Customs Enforcement*; PAM BONDI, *Attorney General of the United States*; and RYAN SHEA, | |
| Respondents. | |

**IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an answer to Petitioner Hernan Jose M. M.'s Petition for Writ of Habeas Corpus (ECF No. 1 ("Petition")) on or before Wednesday, January 28, 2026, certifying the true cause and proper duration of Hernan Jose M. M.'s confinement and showing cause why the writ should not issue in this case;

2. Respondents' answer must include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Hernan Jose M. M.'s detention in light of the issues raised in his Petition;

  b. A reasoned memorandum of law and fact explaining Respondents' legal position on Hernan Jose M. M.'s claims (including the requests for relief in his Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 2)); and

  c. Respondents' recommendation on whether an evidentiary hearing should be conducted;

3. Hernan Jose M. M. is directed to file a reply to Respondents' answer on or before Wednesday, February 4, 2026;

4. No further submissions from either party will be permitted except as authorized by Court order; and

5. Respondents are **ENJOINED** from moving Hernan Jose M. M. outside of the District of Minnesota during the pendency of these proceedings so that Hernan Jose M. M. may consult with his counsel and participate in this litigation while the Court is considering his Petition.

Dated: January 21, 2026       *s/Laura M. Provinzino*
Time: 4:05 p.m.          Laura M. Provinzino
                United States District Judge