# UNITED STATES DISTRICT COURT
## District of Minnesota

Hernan Jose Maya Medina

Petitioner,

v.

David Easterwood, Kristi Noem, Todd Lyons,
Pam Bondi, Ryan Shea

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00481-LMP-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Hernan Jose M. M.'s Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;
2. The Government is ORDERED to provide Hernan Jose M. M. with a bond redetermination hearing under 8 U.S.C. § 1226(a) on the merits of his release by no later than Thursday, March 5, 2026;
3. If the Government does not provide Hernan Jose M. M. with a bond redetermination hearing in accordance with this Order, the Government is ORDERED to release Hernan Jose M. M. from detention immediately;
4. The Government is ORDERED to provide the Court with a status update by no later than 5:00 p.m. on Friday, March 6, 2026, concerning the results of any bond redetermination hearing conducted pursuant to this Order or, if no bond hearing was held, Hernan Jose M. M.'s release from detention; and
5. Hernan Jose M. M.'s Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 2) is DENIED as moot.

Date: 2/27/2026

KATE M. FOGARTY, CLERK